**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2014**

HERBERT A. CONSIDDER,

        Plaintiff - Appellant,

    v.

MEDICARE; AMENDISYS HOME HEALTH CARE; SALEM HEALTH AND REHAB
CENTER; AVENTUE NURSING HOME; UNIVERSITY OF VIRGINIA
INTERNAL MEDICINE,

        Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville. Norman K. Moon,
District Judge. (3:09-cv-00049-nkm)

Submitted: March 11, 2010        Decided: April 7, 2010

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Herbert A. Considder, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herbert A. Considder appeals the district court's order dismissing his complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2006) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Considder v. Medicare, No. 3:09-cv-00049-nkm (W.D. Va. Aug. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED